IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 325 MOC WCM

| | |
|---|---|
| PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY ) ) ) Plaintiff ) ) v. ) ) JASON L. SILLS and REMA B. BRITT, ) ) Defendants. ) _____ ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 25) filed by C. Fredric Marcinak, III. The Motion indicates that Mr. Marcinak, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Robert "Rocky" C. Rogers, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 25) and **ADMITS** Robert "Rocky" C. Rogers to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 20, 2021

*/s/ W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge